**IN THE DISTRICT COURT OF THE UNITED STATES**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**ASHEVILLE DIVISION**

**CIVIL NO.  1:04CV143**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **Vs.** | ) | **O R D E R** |
| | ) | |
| **$12,908.16 IN UNITED STATES CURRENCY,** | ) | |
| | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

   **THIS MATTER** is before the Court on the Plaintiff's motion for default judgment and a final order of forfeiture of $4,910.16 in U.S. Currency.

   Because claims to the Defendant property have been filed herein, this matter should be resolved when the merits of those claims have been adjudicated.

   **IT IS, THEREFORE, ORDERED** that the Plaintiff's motion for default judgment and final order of forfeiture is hereby **DENIED** without prejudice to renewal.

**Signed: May 10, 2005**

Lacy H. Thornburg
United States District Judge