UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

**FILED**
ASHEVILLE, N. C.

CIVIL NO. 1:04CV143

AUG 1 - 2005

U.S. DISTRICT COURT
W. DIST. OF N. C.

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | |
| ) | ENTRY OF DEFAULT AGAINST |
| $12,908.16 IN UNITED STATES ) | ALL PERSONS AND ENTITIES |
| CURRENCY ) | |
| ) | |
| Defendants. ) | |

**UPON MOTION** and showing by the United States that it has published notice of this action as required by law and that personal service has either been accomplished or attempted as evidenced by the underlying Motion and the record, including the Court's file, and that

**ALL PERSONS AND ENTITIES**

have not filed any response, claim, or pleading in this matter, or have withdrawn such claims, it appears that there has been a failure to plead or otherwise defend as required by applicable rules and statutes, and, therefore, pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, the Clerk hereby enters default against such potential claimants.

This 1st day of August, 2005.

Elizabeth G. Barton
~~Clerk~~/Deputy Clerk
United States District Court
Western District of North Carolina

**DOCUMENT SCANNED**